IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Name and address of Plaintiff:

_John Regelman   81666_
_950 2nd. Avenue_
_Pittsburgh, Pa 15219_

v.

Full name, title, and business address
of each defendant in this action:
1. _Allegheny County Adult Probation, Downtown_
_Karen Weber, Probation Officer_
_Allegheny County Courthouse_
_Pittsburgh, Pa. 15219_
2. _Judge Mariani_       ③ _Allegheny County Jail_
_Allegheny County Courthouse_     _950 2nd. Avenue_
_Pittsburgh Pa. 15219_     _Pittsburgh, Pa. 15219_

Use additional sheets, if necessary
Number each defendant.

**10-0675**

**RECEIVED**

MAY 17 2010

CLERK, U. S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Plaintiff brings this action against the above named and identified defendants on the following cause of
action:

I.     Where are you now confined? _Allegheny County Jail_

       What sentence are you serving? _Awaiting Trial, Probation Violation_

       What court imposed the sentence? _Judge Cashman_

II.    Previous Lawsuits

   A.  Describe any and all lawsuits in which you are a plaintiff which deal with the same facts involved
       in this action. (If there is more than one lawsuit, describe the additional lawsuits on another piece
       of paper, using the same outline.)

   1.  Parties to this previous lawsuit

       Plaintiffs_____

       _____

       Defendants_____

       _____

   2.  Court (if federal court, name the district; if state court, name the county) and docket number
       _Allegheny County Courts_

               _Case filing ignored_

3.  Name of judge to whom case was assigned _____ *none* _____

4.  Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)

5.  Approximate date of filing lawsuit *12-09    1-10*

6.  Approximate date of disposition *case filing ignored*

B.  Prior disciplinary proceedings which deal with the same facts involved in this action:

Where? _____
When? _____
Result: _____

III.  What federal law do you claim was violated? *false arrest*

IV.  Statement of Claim *false imprisonment   June 5-09 lodging Kept me from having surgery for 3 wire difibulator implanted on June 8, 09 until 9-22-09 Some 106 day delay*

(State here as briefly as possible the facts of your case. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

A.  Date of event: *After Probation Expired    10-27-08*

B.  Place of event: *Allegheny County Courts, Jail*

C.  Persons involved—name each person and tell what that person did to you: _____ *Karen Weber, Downtown Probation Officer*
*11-08 / 1-10   Lodged Probation Detainer - Warrant for Arrest*

*57 days   Confused on Exact dates*

*case # 13610-07   Will show lodging and releases*

*on Courts Records*

_____
_____
_____
_____
_____

V.   Did the incident of which you complain occur in an institution or place of custody in this District?
     If so, where? _yes, from home in Southside, Pittsburgh and then_
     _Allegheny County Jail_
     and answer the following questions?

A.   Is there a prisoner grievance procedure in this institution?
     Yes ( )   No (✓)

B.   Did you present the facts relating to your complaint in the state prisoner grievance procedure?
     Yes ( )   No (✓)

C.   If your answer is YES,

   1.   What steps did you take? _Spoke to Medical Staff and Intake Sargont_
        _of a: probation and scheduled surgery_

   2.   What was the result? _Medical Staff refused me_ as     none
        _Jail staff kept me_

(D)  If your answer is NO, explain why not: ___JAIL KEPT ME___
     _____

(E.) If there is no prison grievance procedure in the institution, did you complain to prison authorities?
     Yes (✓)  No ( )

(F)  If your answer is YES,

(1)  What steps did you take? _No grievance procedure but told jail medical_
     _staff of scheduled surgery and urgency to heart sustaining life_
                                                        _procedure_
(2)  What was the result? _Documented in V-D_
     _was not transported to hospital for surgery_

VI.  Relief

     State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no
     cases or statues.

     _Compensation for - Pain and Suffering - Actual Damages -_
     _$1500.⁰⁰ per day X 57 for False Arrest, False Imprisonment_
     _3 months + delay of surgery 9-22-09_

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND
CORRECT.
                                                    $250,000.⁰⁰ for
              _yes_
                                                    106 day delay
                                                    for Surgery

_5-13-10_
(Date)

_____
(Signature of Plaintiff)

First Class Mail Service :

1). Allegheny County Adult Probation
2). Karen Weber, Probation Officer
3). Allegheny County Jail
4). Judge Anthony Mariani